UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Dr. Marcia Pearson,

       Plaintiff/Petitioner(s),          ORDER GRANTING IFP APPLICATION

  -against-                                     13  Civ.  7840   ( UA )

Walden University,

       Defendant/Respondent(s).
-------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

                                                 _____
                                                 LORETTA A. PRESKA
                                           Chief United States District Judge

Dated: January 2, 2014
        New York, New York